134255

RECEIVED
BY MAIL
MAR 04 2002
CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: CV 02-407 JMR/RLE Case Title: County of Mille Lacs v. Melanie Benjar

### Affidavit of Movant

I, Mary Al Balber ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac John B. Arum , an attorney admitted to practice in the Western District of Washington ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant Melanie Beniamin et al. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Mary Alexis Balber — Signature | 209715 — MN Attorney License # | February 28, 2002 — Date

### Affidavit of Proposed Admittee

I, John B. Arum , am currently a member in good standing of the U.S. District Court for Western District of Washington , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

John B. Arum — Type/Print Name | [signature] — Signature | 2/21/02 — Date

Attorney License Number: (Washington Bar Ass'n) 19813

Law Firm Name & Address: Ziontz, Chestnut, Varnell, Berley and Slonim
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121

Telephone: 206 448 1230

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

MAR 04 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

MAR 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK