UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-407(JMR/RLE)

| | | |
|---|---|---|
| County of Mille Lacs et. al. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Melanie Benjamin et. al. | ) | |

The Court has received defendants' October 4, 2002, letter requesting to file a memorandum of law exceeding thirty-five (35) pages. The Court construes defendants' letter as a motion under Local Rule 7.1(c).

Defendants' motion is hereby denied.

IT IS SO ORDERED.

Dated: November 12th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED NOV 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK