UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-407(JMR/RLE)

| | | |
|---|---|---|
| County of Mille Lacs et al. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Melanie Benjamin et al. | ) | |

This matter is before the Court on plaintiff First National Bank of Milaca's request for a Daubert hearing.

The Court hereby takes the motion under consideration. The parties need not file additional materials unless directed by the Court to do so.

IT IS SO ORDERED.

Dated: February 12th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED FEB 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK