UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-407(JMR/RLE)

County of Mille Lacs )
)
v. ) ORDER
)
Melanie Benjamin et al. )

This matter is before the Court on defendants' motion to supplement the record with the March 19, 2003, deposition transcript of plaintiff's expert witness. Defendants' motion is out of conformity with Local Rule 7.1, and cannot be considered by the Court.

Accordingly, based on the files, records, and proceedings herein, plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: March 31st, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED MAR 31 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK