UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-407(JMR/RLE)

| | | |
|---|---|---|
| County of Mille Lacs | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Melanie Benjamin et al. | ) | |

This matter is before the Court on defendants' motion to supplement the record with the March 19, 2003, deposition transcript of plaintiff's expert witness. Defendants' motion is out of conformity with Local Rule 7.1, and cannot be considered by the Court.

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

1. The Court's Order of March 31, 2003, is hereby vacated.

2. Defendants' motion to supplement the record is denied.

Dated: April 2nd, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

APR 3 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK