ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

County of Mille Lacs and First National Bank of Milaca,

Plaintiffs,

vs.

Melanie Benjamin, individually and officially as Chief Executive, Mille Lacs Band of Chippewa Indians; Herb Weyaus, individually and officially as Secretary/Treasurer, Mille Lacs Band of Chippewa Indians; Sandra Blake, individually and officially as District Representative, Mille Lacs Band of Chippewa Indians; Marvin Bruneau, individually and officially as District Representative, Mille Lacs Band of Chippewa Indians; and Harry Davis, individually and officially as District Representative, Mille Lacs Band of Chippewa Indians,

Defendants.

Civ. No. 02-407 JMR/RLE

**FIRST NATIONAL BANK OF MILACA'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff First National Bank of Milaca, pursuant to 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's May 6, 2003, order wherein the court granted judgment to Melanie Benjamin, individually and officially as Chief Executive, Mille Lacs Band of Chippewa Indians; Herb Weyaus, individually and officially as Secretary/Treasurer, Mille Lacs Band of Chippewa Indians; Sandra Blake, individually and officially as District Representative, Mille Lacs Band of Chippewa Indians; Marvin Bruneau, individually and officially as District Representative, Mille

79

JUN - 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Lacs Band of Chippewa Indians; and Harry Davis, individually and officially as District Representative, Mille Lacs Band of Chippewa Indians. The District Court entered judgment on the May 6, 2003, order on May 7, 2003.

DATED: June 5, 2003

By [signature]

Scott G. Knudson (#141987)
Patrick S. Williams (#196502)
Bryant D. Tchida (#314298)
Briggs and Morgan, P.A.
2200 First National Bank Building
332 Minnesota Street
Saint Paul, MN 55101
(651) 808-6600

**Attorneys for The First National Bank of Milaca**