02-407 JMR/RLE

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

---

No. 03-2527

---

County of Mille Lacs, *
*
Plaintiff - Appellant, *
*
First National Bank, of Milaca, *
*
Intervenor Plaintiff, *
*
v. * Appeals from the United States
* District Court for the District
Melanie Benjamin, individually and * of Minnesota.
officially as Chief Executive, Mille *
Lacs Band of Chippewa Indians; *
Herb Weyaus, individually and *
officially as Secretary/Treasurer, *
Mille Lacs Band of Chippewa *
Indians; Sandra Blake, individually *
and officially as District *
Representative, Mille Lacs Band of *
Chippewa Indians; Marvin Bruneau, *
individually and officially as District *
Representative, Mille Lacs Band of *
Chippewa Indians; Harry Davis, *
individually and officially as District *
Representative, Mille Lacs Band of *
Chippewa Indians, *
*
Defendants - Appellees, *
*
---
*
State of Minnesota; State of South *
Dakota, *

SCANNED
JUN 3 2004
U.S. DISTRICT COURT MPLS

Amicus on Behalf of Appellant. * *

---

No. 03-2537

---

County of Mille Lacs, * *

Plaintiff, * *

First National Bank, of Milaca, * *

Intervenor Plaintiff - Appellant, * * *

v. * *

Melanie Benjamin, individually and officially as Chief Executive, Mille Lacs Band of Chippewa Indians; Herb Weyaus, individually and officially as Secretary/Treasurer, Mille Lacs Band of Chippewa Indians; Sandra Blake, individually and officially as District Representative, Mille Lacs Band of Chippewa Indians; Marvin Bruneau, individually and officially as District Representative, Mille Lacs Band of Chippewa Indians; Harry Davis, individually and officially as District Representative, Mille Lacs Band of Chippewa Indians, * * * * * * * * * * * * * * * * *

Defendants - Appellees, * *

---

State of Minnesota, *
*
Amicus on Behalf of *
Appellant. *

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this Court.

(5172-010199)

March 9, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

2-407 JMR/RLE

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED BY U.S. MAIL
2004 MAY 28 AM 9:25
CLERK, U.S. DIST COURT MINNEAPOLIS, MN

May 27, 2004

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-2527 County of Mille Lacs vs. Melanie Benjamin

Re: 03-2537 First National Bank vs. Melanie Benjamin

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

lrd

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable James M. Rosenbaum
Tommy Drake Tobin
Peter J. Pustorino
Janice S. Kolb
John P. Guhin
John S. Swimmer

Marc D. Slonim
John B. Arum
Kenneth B. Peterson
Scott Gregory Knudson
Bryant D. Tchida
Patrick S. Williams

District Court/Agency Case Number(s): CIV 02-407 JMR/RLE

District Court/Agency Case Number(s): CIV 02-407 JMR/RLE