1803317

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

August 19, 2004

FILED
AUG 23 2004
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: First National Bank of Milaca
v. Melanie Benjamin, et al.
No. 04-228
(Your No. 03-2527, 03-2537) 02-CV-407 JMR/RLE

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 17, 2004 and placed on the docket August 19, 2004 as No. 04-228.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst

RECEIVED
AUG 23 2004
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
AUG 30 2004
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 25, 2004

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

RECEIVED
BY U.S. MAIL
2004 AUG 27 AM 9:11
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Re: 03-2527 County of Mille Lacs vs. Melanie Benjamin

Re: 03-2537 First National Bank vs. Melanie Benjamin

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

(5255-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure

District Court/Agency Case Number(s): CIV 02-407 JMR/RLE

District Court/Agency Case Number(s): CIV 02-407 JMR/RLE